BURTON H. KLEINMAN, Plaintiff-Cross-Defendant, Appellee and Cross-Appellant, *v.* SHIRLEY KLEINMAN, Defendant-Cross-Plaintiff, Appellant and Cross-Appellee.

(No. 72-183;

Second District—June 18, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

Arthur C. Holt, of Waukegan, for appellant.

Wasneski, Yastrow, Kuseski & Flanigan, of Waukegan, for appellee.